IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALPINE ASPHALT PAVING, INC., | ) | Case No. 09 B 32120 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Alpine Asphalt Paving, Inc. (the "Debtor"), by her attorneys, Frank/Gecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Donald Dodge and American Auction Associates, Inc. and states as follows:

1.  Pursuant to Court Order dated September 23, 2009 (the "Sale Order"), Trustee was authorized to employ Donald Dodge and American Auction Associates, Inc. (collectively, "Donald Dodge") as her auctioneer to liquidate the Debtor's equipment ("Sale Items") (see Exhibit A).

2.  The attached Exhibit B, lists the items and amounts of equipment sold at the auction held on October 7, 2009.

3.  During this period, the gross sales were $19,850.00 (the "Sale Proceeds").

4.  Donald Dodge received a buyer's commission, not paid from the Debtor's estate of 10% of the sale price of the Sale Items, or $1,985.00.

5.  Pursuant to the Sale Order, Donald Dodge was authorized reimbursement of his expenses and costs of the auction up to $5,000.00.

{ ALPINE / 001 / 00019749.DOC /}

6. Donald Dodge incurred $2,754.50 in auction expenses (see <u>Exhibit B</u>), which were deducted from the Sale Proceeds. Therefore, the net sale proceeds were $17,095.50.

7. The sale of Debtor's inventory has concluded and no equipment or inventory remains unsold.

Dated: October 27, 2009.

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of ALPINE ASPHALT PAVING, INC.

By: /s/    *Zane L. Zielinski*
       One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{ ALPINE / 001 / 00019749.DOC /}