# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALPINE ASPHALT PAVING, INC. | § | Case No. 09-32120 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/19/2012 in Courtroom 613,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/18/2012                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ALPINE ASPHALT PAVING, INC. | § | Case No. 09-32120 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,858.13 |
| and approved disbursements of | $ | 10,765.43 |
| leaving a balance on hand of[1] | $ | 10,092.70 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $        3,172.95 | $            0.00 | $        3,172.95 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $        6,587.00 | $        5,227.00 | $        1,360.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $            83.12 | $            67.94 | $            15.18 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $        2,615.20 | $        2,615.20 | $            0.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $            17.20 | $            17.20 | $            0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $            30.35 | $            30.35 | $            0.00 |
| Total to be paid for chapter 7 administrative expenses | $ | | 4,548.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance          $ _____ 5,544.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 401,415.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ 9,093.41 | $ 0.00 | $ 125.60 |
| 000002 | Earth Inc | $ 7,924.31 | $ 0.00 | $ 109.45 |
| 000003 | Pave Works | $ 1,350.00 | $ 0.00 | $ 18.65 |
| 000004 | Best Stripping, Inc. | $ 3,257.00 | $ 0.00 | $ 44.99 |
| 000005 | Howard Wegner | $ 3,737.50 | $ 0.00 | $ 51.62 |
| 000006 | South Suburban Welding and | $ 5,485.00 | $ 0.00 | $ 75.76 |
| 000007 | Twenty Second Century Media, LLC | $ 262.17 | $ 0.00 | $ 3.62 |
| 000008 | Midwest Suburban Publishing | $ 992.11 | $ 0.00 | $ 13.71 |
| 000009 | Southpoint Insurance | $ 570.00 | $ 0.00 | $ 7.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Nuway Disposal Service, Inc. | $ 170.18 | $ 0.00 | $ 2.35 |
| 000011 | Hagan Adler & Associates, Inc. | $ 6,578.05 | $ 0.00 | $ 90.86 |
| 000012 | Nicor Gas | $ 240.49 | $ 0.00 | $ 3.32 |
| 000013 | Allocco, Miller & Cahill, P. C. | $ 5,906.25 | $ 0.00 | $ 81.58 |
| 000014 | James D. Fiala Asphalt Corp. | $ 2,994.56 | $ 0.00 | $ 41.37 |
| 000015 | Laborers' Pension and Welfare Funds | $ 29,572.80 | $ 0.00 | $ 408.48 |
| 000016 | Chicago Materials Corporation | $ 2,500.00 | $ 0.00 | $ 34.53 |
| 000017 | Iroquois Paving Corporation | $ 50,489.96 | $ 0.00 | $ 697.39 |
| 000018 | T & T Transport Inc | $ 5,063.50 | $ 0.00 | $ 69.94 |
| 000019 | Hawkeye Enterprises, Inc. | $ 881.50 | $ 0.00 | $ 12.18 |
| 000020A | Department of the Treasury | $ 264,346.72 | $ 0.00 | $ 3,651.30 |

Total to be paid to timely general unsecured creditors              $              5,544.57

Remaining Balance                                                            $                 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).


Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker

Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-32120-ABG
Alpine Asphalt Paving, Inc.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte        Page 1 of 3        Date Rcvd: Oct 19, 2012
                           Form ID: pdf006        Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
db          #+Alpine Asphalt Paving, Inc.,   10900 W. 167th St.,   Orland Park, IL 60467-5320
aty          +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,   Chicago, IL 60654-6465
14387513     #AT&T,   P. O. Box 8100,   Aurora, IL 60507-8100
14387512     +Allocco, Miller & Cahill, P. C.,   3409 North Paulina Street,   Chicago, IL 60657-1220
14387515     +Best Stripping, Inc.,   3115 Hoffman Court,   Dyer, IN 46311-1470
14387516      Capital One,   P. O. Box 6492,   Carol Stream, IL 60197-6492
14387517     +Chicago Material Corp,   13769 Main Street,   Lemont, IL 60439-9371
14387518     +Chicago Materials Corporation,   c/o Derek M Johnson,   Rathje & Woodward LLC,
              300 East Roosevelt Rd Ste 300,   Wheaton, IL 60187-1908
14387519     +Chicago Tire,   16001 South Van Drunen Road,   South Holland, IL 60473-1284
14387520      D. K. Contracting, Inc.,   12838 Oak Valley Trail,   Homer Glen, IL 60491
14387521     +Earth Inc,   Attn Eric P Ferleger,   810 N Arlington Heights Road,   Itasca, IL 60143-2875
14387522     +Empire Tire,   16201 Wolf Road,   Orland Park, IL 60467-5303
14387523     +Entwistle & Cappucci LLP,   333 W. Wacker Drive,   20th Floor,   Chicago, IL 60606-1220
14387524     +Fox Valey Fire & Safety Co.,   c/o Anderson Law Offices, LLC,   233 W. Jackson, Suite 1100,
              Chicago, IL 60606-6958
14387525     +Gallagher Materials, Inc.,   18100 South Indian Avenue,   Thornton, IL 60476-1276
14387526     +Hagan Adler & Associates, Inc.,   14608 John Humphrey Drive,   Orland Park, IL 60462-6224
14387528     +Hoving Clean Sweep, LLC,   2351 Powis Road,   West Chicago, IL 60185-1013
14387530     +IL Dept. of Employment Security,   Benefit Payment Control Division,   P. O. Box 4385,
              Chicago, IL 60680-4385
14387531     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
              100 W. Randolph Street,   Chicago, IL 60601)
14502051     +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
17178953      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
14387532     +Illinois Mining,   41 Walter Court,   Algonquin, IL 60156-1586
14387534      Interstate Asphalt, LLC,   1889 East US Highway, P. O. Box 466,   Watseka, IL 60970-0466
14387535      J. Friggo,   2539 Bluestone Bay Drive,   New Lenox, IL 60451
14387536      James D. Fiala Asphalt Corp.,   500 East Frontage Road North,   Bolingbrook, IL 60440
14387537     +Justanne LLC,   20716 S. Cicero Av.,   Matteson, IL 60443-1654
15383951     +Laborers' Pension and Welfare Funds,   c/o Josiah A. Groff,   230 West Monroe,   Suite 2600,
              Chicago, IL 60606-4969
14387538     +Laborers' Union Funds,   11465 Cermak Rd.,   Westchester, IL 60154-5771
14387539     +Lincoln Paving Co.,   c/o Hartford Meiers, Inc.,   200 S. Wacker Dr., Suite 3100,
              Chicago, IL 60606-5877
14387540     +M&K Stripping,   1104 South 12th Street,   Herrin, IL 62948-4228
14387541     +Mar-G Trucking, Inc.,   13758 Natchez Trail,   Orland Park, IL 60467-1292
14387542     +Markham Asphalt Co.,   c/o Rathje & Woodward, LLC,   P.O. Box 786,   Wheaton, IL 60187-0786
14387543      Midwest Operating Engineers Funds,   6150 Joliet Rd.,   Countryside, IL 60525-3994
14387544     +Midwest Suburban Publishing,   6971 Paysphere Circle,   Chicago, IL 60674-0001
14387545     +Nicholas & Associates, Inc.,   c/o Daniel R. Ansani,   1411 W. Peterson Av., Suite 202,
              Park Ridge, IL 60068-5076
14387547     +Nuway Disposal Service, Inc.,   P. O. Box 9,   Mokena, IL 60448-0009
14387549     +Orland Press,   1943 Airway Court,   New Lenox, IL 60451-2701
14387550     +P.T. Ferro Construction Co.,   c/o Rathbun, Cservenyak & Kozol,   9450 Enterprise Dr.,
              Mokena, IL 60448-8321
14387551     +Pave Works,   1090 Bluff City Blvd,   Elgin, IL 60120-7527
14387552     +R. H. Donnelley/AT&T Yellow Pages,   Liquidebt Systems, Inc.,
              29W170 Butterfield Road, Suite 102,   Warrenville, IL 60555-2808
14387553     +Roland Winkelbauer,   20716 South Cicero Avenue,   Matteson, IL 60443-1654
14387554     +Sealmaster,   11630 South Cicero Avenu,   Alsip, IL 60803-2816
14387555      South Suburban Welding and,   Fabricating Company, Inc.,   14022 S. Western Ave., P. O. B 346,
              Posen, IL 60469-0346
14387556     +Southpoint Insurance,   19645 South LaGrange Road,   Mokena, IL 60448-9360
14387510     +Twenty Second Century Media, LLC,   11516 West 183rd Street,   Office Condo #3 Unit SW,
              Orland Park, IL 60467-9455
14387560     +UPS,   P. O. Box 25084,   Lehigh Valley, PA 18002-5084
14387559      United Rentals, Inc.,   8545 West 191st Street,   Monee, IL 60449
14387561     +Vulcan Material,   14999 Collection Center,   Chicago, IL 60693-0149
14387562     +Wright Express (Gas City),   Commercial Recovery Group, Inc.,
              1012 State College Road, Suite 203,   Dover, DE 19904-6506


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14387533      E-mail/Text: cio.bncmail@irs.gov Oct 20 2012 00:03:38   Department of the Treasury,
              Internal Revenue Service,   P. O. Box 21126,   Philadelphia, PA 19114
15441626     +E-mail/Text: dsolideo@glc-law.com Oct 20 2012 00:08:29   Iroquois Paving Corporation,
              c/o Grabowski Law Center, LLC,   1400 East Lake Cook Road,   Suite 110,
              Buffalo Grove, Illinois 60089-1865
14387546      E-mail/Text: bankrup@nicor.com Oct 20 2012 00:04:58   Nicor Gas,   P. O. Box 585,
              Aurora, IL 60507-0585
15211053     +E-mail/Text: bankrup@nicor.com Oct 20 2012 00:04:58   Nicor Gas,   PO Box 549,
              Aurora IL 60507-0549

```
District/off: 0752-1          User: arodarte          Page 2 of 3          Date Rcvd: Oct 19, 2012
                             Form ID: pdf006          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14387557        E-mail/Text: appebnmailbox@sprint.com Oct 20 2012 00:06:17      Sprint/Nextel,  P. O. Box 4181,
                 Carol Stream, IL 60197-4181
                                                                            TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14387514*     AT&T,  P. O. Box 8100,  Aurora, IL 60507-8100
14387548*    +Nuway Disposal Service, Inc.,  P. O. Box 9,  Mokena, IL 60448-0009
15455265*    +T & T Transport Inc,  PO Box 437,  Plainfield, IL 60544-0437
14387511     ##+Allied Insurance,  P.O. Box 9325,  Springfield, IL 62791-9325
14387527     ##Hawkeye Enterprises, Inc.,  P. O. Box 1102,  Plainfield, IL 60544-1102
14387529     ##+Howard Wegner,  17101 Wolf Rd.,  Orland Park, IL 60467-5318
14387558     ##+T&T Transport, Inc.,  P. O. Box 437,  Plainfield, IL 60544-0437
                                                                   TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: arodarte          Page 3 of 3          Date Rcvd: Oct 19, 2012
                             Form ID: pdf006          Total Noticed: 54

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:
          David P Lloyd   on behalf of Debtor  Alpine Asphalt Paving, Inc. courtdocs@davidlloydlaw.com
          Derek  Johnson   on behalf of Creditor  Chicago Materials Corporation djohnson@rathjewoodward.com,
           kjohnson@rathjewoodward.com,rpeck@rathjewoodward.com,
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          John F Pacocha   on behalf of Creditor  Just Eat It, Inc dba Culver's of Matteson
           pacochj@nationwide.com
          Josiah A Groff   on behalf of Creditor  Laborers' Union Funds efile@dbb-law.com,
           JGrof@dbb-law.com
          Karen I. Engelhardt   on behalf of Creditor  Laborers' Union Funds kie@ask-attorneys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William G Cross   on behalf of Trustee Frances Gecker wcross@fgllp.com
          Zane L Zielinski    on behalf of Accountant Alan Lasko zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                              TOTAL: 9