UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-32120 |
| | ) | |
| ALPINE ASPHALT, INC., | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING SECOND AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the Second and Final Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $2,652.00;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $18.91; and

3. Authorizing Frances Gecker, the Chapter 7 Trustee, to pay Alan D. Lasko & Associates, P.C. compensation and expense reimbursement in the total amount of $2,670.91.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 19 NOV 2012

**Prepared by counsel of Movant:**

Zane Zielinski (ARDC# 6278776)
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

Rev: 20101008_bko