## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALPINE ASPHALT PAVING, INC. | § | Case No. 09-32120 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|---------------------------------|-----------------|----------------|-------------|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|-----------------|-----------------|----------------|-------------|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| AUCTIONEER EXPENSES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankuptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P. O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AT&T P. O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Capital One P. O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Chicago Material Corp 13769 Main Street Lemont, IL 60439 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Tire 16001 South Van Drunen Road South Holland, IL 60473 | | | | | |
| | D. K. Contracting, Inc. 12838 Oak Valley Trail Homer Glen, IL 60491 | | | | | |
| | Empire Tire 16201 Wolf Road Orland Park, IL 60467 | | | | | |
| | Fox Valey Fire & Safety Co. c/o Anderson Law Offices, LLC 233 W. Jackson, Suite 1100 Chicago, IL 60606 | | | | | |
| | Gallagher Materials, Inc. 18100 South Indian Avenue Thornton, IL 60476 | | | | | |
| | Hoving Clean Sweep, LLC 2351 Powis Road West Chicago, IL 60185 | | | | | |
| | Illinois Mining 41 Walter Court Algonquin, IL 60102 | | | | | |
| | Interstate Asphalt, LLC 1889 East US Highway, P. O. Box 466 Watseka, IL 60970-0466 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. Friggo 2539 Bluestone Bay Drive New Lenox, IL 60451 | | | | | |
| | Justanne LLC 20716 S. Cicero Av. Matteson, IL 60443 | | | | | |
| | Lincoln Paving Co. c/o Hartford Meiers, Inc. 200 S. Wacker Dr., Suite 3100 Chicago, IL 60606 | | | | | |
| | M&K Stripping 1104 South 12th Street Herrin, IL 62948 | | | | | |
| | Mar-G Trucking, Inc. 13758 Natchez Trail Orland Park, IL 60467 | | | | | |
| | Markham Asphalt Co. c/o Rathje & Woodward, LLC P.O. Box 786 Wheaton, IL 60189 | | | | | |
| | Midwest Operating Engineers Funds 6150 Joliet Rd. Countryside, IL 60525-3994 | | | | | |
| | Nicholas & Associates, Inc. c/o Daniel R. Ansani 1411 W. Peterson Av., Suite 202 Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nuway Disposal Service, Inc. P. O. Box 9 Mokena, IL 60448 | | | | | |
| | Orland Press 1943 Airway Court New Lenox, IL 60451 | | | | | |
| | P.T. Ferro Construction Co. c/o Rathbun, Cservenyak & Kozol 9450 Enterprise Dr. Mokena, IL 60448 | | | | | |
| | R. H. Donnelley/AT&T Yellow Pages Liquidebt Systems, Inc. 29W170 Butterfield Road, Suite 102 Warrenville, IL 60555 | | | | | |
| | Roland Winkelbauer 20716 South Cicero Avenue Matteson, IL 60443 | | | | | |
| | Sealmaster 11630 South Cicero Avenu Alsip, IL 60803 | | | | | |
| | Sprint/Nextel P. O. Box 4181 Carol Stream, IL 60197-4181 | | | | | |
| | UPS P. O. Box 25084 Lehigh Valley, PA 18002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Rentals, Inc. 8545 West 191st Street Monee, IL 60449 | | | | | |
| | Vulcan Material 14999 Collection Center Chicago, IL 60693 | | | | | |
| | Wright Express (Gas City) Commercial Recovery Group, Inc. 1012 State College Road, Suite 203 Dover, DE 19904 | | | | | |
| 000013 | ALLOCCO, MILLER & CAHILL, P. C. | | | | | |
| 000004 | BEST STRIPPING, INC. | | | | | |
| 000016 | CHICAGO MATERIALS CORPORATION | | | | | |
| | CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| 000020A | DEPARTMENT OF THE TREASURY | | | | | |
| 000020B | DEPARTMENT OF THE TREASURY | | | | | |
| 000002 | EARTH INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | HAGAN ADLER & ASSOCIATES, INC. | | | | | |
| 000019 | HAWKEYE ENTERPRISES, INC. | | | | | |
| 000005 | HOWARD WEGNER | | | | | |
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000001C | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000017 | IROQUOIS PAVING CORPORATION | | | | | |
| 000014 | JAMES D. FIALA ASPHALT CORP. | | | | | |
| 000015 | LABORERS' PENSION AND WELFARE FUND | | | | | |
| 000008 | MIDWEST SUBURBAN PUBLISHING | | | | | |
| 000012 | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | NUWAY DISPOSAL SERVICE, INC. | | | | | |
| 000003 | PAVE WORKS | | | | | |
| 000006 | SOUTH SUBURBAN WELDING AND | | | | | |
| 000009 | SOUTHPOINT INSURANCE | | | | | |
| 000018 | T & T TRANSPORT INC | | | | | |
| 000007 | TWENTY SECOND CENTURY MEDIA, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 09-32120 | ABG | Judge: A. Benjamin Goldgar |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | |

For Period Ending:   04/12/13

| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 08/31/09 (f) |
| 341(a) Meeting Date: | 10/13/09 |
| Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 8.13 | FA | 0.00 | 0.00 |
| 2. HARRIS BANK CHECKING | 700.00 | 700.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. HARRIS BANK PAYROLL ACCOUNT | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. ACCOUNTS RECEIVABLE PER ATTACHED LIST | 21,758.90 | 21,758.90 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1985 FORD LN9000 | 10,000.00 | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 6. 1988 FORD LN8000 | 8,000.00 | 8,000.00 | | 8,000.00 | FA | 0.00 | 0.00 |
| 7. 1979 FORD LN700 | 1,000.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 8. 1988 CHEVROLET PANEL TRUCK | 1,000.00 | 1,000.00 | | 850.00 | FA | 0.00 | 0.00 |
| 9. 1966 GENERAL FLATBED TRAILER | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. 1978 FORD LN8000 | 4,000.00 | 4,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. FILE CABINETS, OFFICE EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. BARBER GREEN PAVER; LAYTON ROLLER; CAT GRADER; HUB | 31,800.00 | 25,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. INSURANCE POLICIES (u) | 0.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 09-32120 | ABG | Judge: A. Benjamin Goldgar | | Trustee Name: | Frances Gecker |

| Case Name: | ALPINE ASPHALT PAVING, INC. | | Date Filed (f) or Converted (c): | 08/31/09 (f) |

341(a) Meeting Date:   10/13/09

Claims Bar Date:   04/21/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| TOTALS (Excluding Unknown Values) | $80,358.90 | $74,558.90 | | $20,858.13 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A TFR AND DISTRIBUTED FUNDS.  ONCE ALL CHECKS HAVE CLEARED SHE WILL FILE A TDR AND CLOSE THE CASE.

Initial Projected Date of Final Report (TFR): 12/01/10          Current Projected Date of Final Report (TFR): 04/15/12

/s/    Frances Gecker
_____ Date: 04/12/13
FRANCES GECKER

Ver: 17.01

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-32120 -ABG |
| Case Name: | ALPINE ASPHALT PAVING, INC. |
| | |
| Taxpayer ID No: | *******9821 |
| For Period Ending: | 04/12/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5476  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   10/16/09 | | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | INVENTORY SALE | 1129-000 | 3,371.41 | | 3,371.41 |
| C   10/16/09 | * NOTE * | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | INVENTORY SALE<br><br>Memo Amount:          19,850.00<br><br>* NOTE *  Properties 5, 6, 7, 8<br>Memo Amount:     (     2,754.50 )<br>AUCTIONEER EXPENSES | 1129-000<br><br>3610-000 | 17,095.50 | | 20,466.91 |
| C   10/19/09 | 001000 | Estate of Illinois Battery Corporation | Corrected Deposit<br>This deposit was erroneously posted to the Alpine Estate.<br>According to the UST Handbook - Page 9-22, paragraph (3), the Trustee is writing a check from the Alpine Estate to the Illinois Battery Estate for a deposit that was made to the wrong estate.  There is no UTC code for such a transaction. | 1280-000 | -3,371.41 | | 17,095.50 |
| C   10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 17,095.65 |
| C   11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,096.08 |
| C   12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,096.52 |
| | | | Page Subtotals | | 17,096.52 | 0.00 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.01

FORM 2   **Page:** 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit 9

Case No:       09-32120 -ABG
Case Name:    ALPINE ASPHALT PAVING, INC.

Taxpayer ID No:  *******9821
For Period Ending: 04/12/13

Trustee Name:        Frances Gecker
Bank Name:          BANK OF AMERICA
Account Number / CD #:   *******5476  MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,096.95 |
| C | 02/08/10 | 001001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 14.79 | 17,082.16 |
| C | 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 17,082.55 |
| C | 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,082.99 |
| C | 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 17,083.41 |
| C | 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,083.84 |
| C | 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 17,084.26 |
| C | 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,084.69 |
| C | 08/11/10 | 13 | Platte River Insurance Company P.O. Box 5900 Madison, WI  53705-0900 | Insurance policy refund | 1229-000 | 1,000.00 | | 18,084.69 |
| C | 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 18,085.14 |
| C | 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 18,085.59 |
| C | 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 18,086.04 |

Page Subtotals        1,004.31        14.79

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-32120 -ABG | |
| Case Name: | ALPINE ASPHALT PAVING, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******9821 |
| For Period Ending: | 04/12/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5476  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,086.50 |
| C   12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,086.96 |
| C   01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,087.42 |
| C   02/08/11 | 001002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 20.59 | 18,066.83 |
| C   02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,066.97 |
| C   03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,067.12 |
| C   04/12/11 | 001003 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 S. LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603<br><br>Fees          2,615.20<br>Expenses         17.20 | Pursuant to Order dated 4/11/11<br><br><br><br><br>3410-000<br>3420-000 | | | 2,632.40 | 15,434.72 |
| C   04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,434.85 |
| C   05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,434.99 |
| C   06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,435.12 |

Page Subtotals          2.07          2,652.99

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 09-32120 -ABG | | Trustee Name: | Frances Gecker | |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | BANK OF AMERICA | |
| | | | Account Number / CD #: | *******5476  MONEY MARKET | |
| Taxpayer ID No: | *******9821 | | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,435.24 |
| C  08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,435.38 |
| C  09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,435.51 |
| C  10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,435.64 |
| C  10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.66 | 15,415.98 |
| C  11/28/11 | 001004 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees            5,227.00<br>Expenses          67.94 | First Interim Fee App of F/G - Order dated 11/22/11<br><br><br><br>3110-000<br>3120-000 | | | 5,294.94 | 10,121.04 |
| C  11/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 10,121.17 |
| C  11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.79 | 10,102.38 |
| C  12/29/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,102.46 |
| C t  12/29/11 | | Transfer to Acct #*******2244 | Bank Funds Transfer | 9999-000 | | 10,102.46 | 0.00 |

| | | | | Page Subtotals | 0.73 | 15,435.85 | |

Ver: 17.01

FORM 2                                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

| Case No: | 09-32120  -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5476  MONEY MARKET |
| Taxpayer ID No: | *******9821 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 19,850.00 | COLUMN TOTALS | | 18,103.63 | 18,103.63 | 0.00 |
| | | Memo Allocation Disbursements: | 2,754.50 | Less:  Bank Transfers/CD's | | 0.00 | 10,102.46 | |
| * Reversed | | | | Subtotal | | 18,103.63 | 8,001.17 | |
| t  Funds Transfer | | Memo Allocation Net: | 17,095.50 | Less:  Payments to Debtors | | | 0.00 | |
| C  Bank Cleared | | | | Net | | 18,103.63 | 8,001.17 | |

Page Subtotals                              0.00                 0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                                              Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| Case No: | 09-32120  -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2244  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5476 | Bank Funds Transfer | 9999-000 | 10,102.46 | | 10,102.46 |
| C   02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | 9.76 | 10,092.70 |
| C   11/20/12 | 001001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 3,172.95 | 6,919.75 |
| C   11/20/12 | 001002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 1,375.18 | 5,544.57 |
| | | | Fees              1,360.00 | 3110-000 | | | |
| | | | Expenses            15.18 | 3120-000 | | | |
| C   11/20/12 | 001003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 2,670.91 | 2,873.66 |
| | | | Fees              2,652.00 | 3410-000 | | | |
| | | | Expenses            18.91 | 3420-000 | | | |
| C   11/20/12 | 001004 | Illinois Department of Employment Security | Claim 000001B, Payment 0.72% | 7100-000 | | 65.10 | 2,808.56 |

| | | | | Page Subtotals | 10,102.46 | 7,293.90 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*                                          Ver: 17.01

FORM 2                                                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-32120  -ABG | |
| Case Name: | ALPINE ASPHALT PAVING, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******9821 |
| For Period Ending: | 04/12/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2244  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | | | | | |
| C | 11/20/12 | 001005 | Earth Inc<br>Attn Eric P Ferleger<br>810 N Arlington Heights Road<br>Itasca, IL 60143 | Claim 000002, Payment 0.72% | 7100-000 | | 56.73 | 2,751.83 |
| C | 11/20/12 | 001006 | Pave Works<br>1090 Bluff City Blvd<br>Elgin, IL 60120 | Claim 000003, Payment 0.72% | 7100-000 | | 9.66 | 2,742.17 |
| C | 11/20/12 | 001007 | Best Stripping, Inc.<br>3115 Hoffman Court<br>Dyer, IN 46311 | Claim 000004, Payment 0.72% | 7100-000 | | 23.32 | 2,718.85 |
| * C | 11/20/12 | 001008 | Howard Wegner<br>17101 Wolf Rd.<br>Orland Park, IL 60467 | Claim 000005, Payment 0.72% | 7100-003 | | 26.76 | 2,692.09 |
| C | 11/20/12 | 001009 | South Suburban Welding and<br>Fabricating Company, Inc.<br>14022 S. Western Ave., P. O. B 346<br>Posen, IL 60469-0346 | Claim 000006, Payment 0.72% | 7100-000 | | 39.26 | 2,652.83 |
| C | 11/20/12 | 001010 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 613 | Claim 000007, Payment 0.72%<br>Twenty Second Century Media, LLC<br>11516 West 183rd Street | 7100-000 | | 1.88 | 2,650.95 |

|  | | | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 157.61 |

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

Case No:  09-32120 -ABG
Case Name:  ALPINE ASPHALT PAVING, INC.

Taxpayer ID No: *******9821
For Period Ending: 04/12/13

Trustee Name:  Frances Gecker
Bank Name:  Congressional Bank
Account Number / CD #:  *******2244  GENERAL CHECKING

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL 60604 | Office Condo #3 Unit SW Orland Park, IL 60467 | | | | |
| * C 11/20/12 | 001011 | Midwest Suburban Publishing 6971 Paysphere Circle Chicago, IL 60674 | Claim 000008, Payment 0.72% | 7100-003 | | 7.10 | 2,643.85 |
| C 11/20/12 | 001012 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 613 Chicago, IL 60604 | Claim 000009, Payment 0.72% Southpoint Insurance 19645 South LaGrange Road Mokena, IL 60448 | 7100-000 | | 4.08 | 2,639.77 |
| C 11/20/12 | 001013 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 613 Chicago, IL 60604 | Claim 000010, Payment 0.72% Nuway Disposal Service, Inc. P. O. Box 9 Mokena, IL 60448 | 7100-000 | | 1.22 | 2,638.55 |
| C 11/20/12 | 001014 | Hagan Adler & Associates, Inc. 14608 John Humphrey Drive Orland Park, IL 60462 | Claim 000011, Payment 0.72% | 7100-000 | | 47.09 | 2,591.46 |
| C 11/20/12 | 001015 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 613 Chicago, IL 60604 | Claim 000012, Payment 0.72% Nicor Gas PO Box 549 Aurora IL 60507 | 7100-000 | | 1.72 | 2,589.74 |
| C 11/20/12 | 001016 | Allocco, Miller & Cahill, P. C. 3409 North Paulina Street Chicago, IL 60657 | Claim 000013, Payment 0.72% | 7100-000 | | 42.28 | 2,547.46 |

Page Subtotals  0.00   103.49

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

Ver: 17.01

FORM 2                                                                                                          Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| | |
|---|---|
| Case No: | 09-32120 -ABG |
| Case Name: | ALPINE ASPHALT PAVING, INC. |
| Taxpayer ID No: | *******9821 |
| For Period Ending: | 04/12/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2244  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 11/20/12 | 001017 | James D. Fiala Asphalt Corp. 500 East Frontage Road North Bolingbrook, IL 60440 | Claim 000014, Payment 0.72% | 7100-000 | | 21.44 | 2,526.02 |
| C | 11/20/12 | 001018 | Laborers' Pension and Welfare Funds c/o Josiah A. Groff 230 West Monroe Suite 2600 Chicago, IL 60606 | Claim 000015, Payment 0.72% | 7100-000 | | 211.71 | 2,314.31 |
| C | 11/20/12 | 001019 | Chicago Materials Corporation c/o Derek M Johnson Rathje & Woodward LLC 300 East Roosevelt Rd Ste 300 Wheaton, IL 60187 | Claim 000016, Payment 0.72% | 7100-000 | | 17.90 | 2,296.41 |
| C | 11/20/12 | 001020 | Iroquois Paving Corporation c/o Grabowski Law Center, LLC 1400 East Lake Cook Road Suite 110 Buffalo Grove, Illinois 60089 | Claim 000017, Payment 0.72% | 7100-000 | | 361.45 | 1,934.96 |
| * C | 11/20/12 | 001021 | T & T Transport Inc PO Box 437 Plainfield, IL 60544 | Claim 000018, Payment 0.72% | 7100-003 | | 36.24 | 1,898.72 |
| * C | 11/20/12 | 001022 | Hawkeye Enterprises, Inc. P. O. Box 1102 Plainfield, IL 60544-1102 | Claim 000019, Payment 0.72% | 7100-003 | | 6.31 | 1,892.41 |

Page Subtotals                                      0.00             655.05

FORM 2

Page:   10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-32120  -ABG | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | ALPINE ASPHALT PAVING, INC. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******2244  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 |  |  |
| For Period Ending: | 04/12/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 11/20/12 | 001023 | Department of the Treasury<br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Claim 000020A, Payment 0.72% | 7100-000 | | 1,892.41 | 0.00 |
| * C | 12/17/12 | 001011 | Midwest Suburban Publishing<br>6971 Paysphere Circle<br>Chicago, IL 60674 | Claim 000008, Payment 0.72%<br>Returned check - addressee unknown | 7100-003 | | -7.10 | 7.10 |
| * C | 12/17/12 | 001022 | Hawkeye Enterprises, Inc.<br>P. O. Box 1102<br>Plainfield, IL 60544-1102 | Claim 000019, Payment 0.72% | 7100-003 | | -6.31 | 13.41 |
| * C | 12/17/12 | 001024 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 642<br>Chicago, IL  60604 | Claim 000008, Payment 0.72% | 7100-003 | | 7.10 | 6.31 |
| * C | 12/17/12 | 001025 | CLERK OF THE U.S. BANKRUPTCY COURT<br>for the Northern District of Illinois<br>Eastern Division<br>219 S. Dearborn Street<br>Chicago, IL  60604 | Unclaimed funds<br>Claim No. 000019, Payment 0.72% | 7100-003 | | 6.31 | 0.00 |
| * C | 01/15/13 | 001021 | T & T Transport Inc<br>PO Box 437<br>Plainfield, IL 60544 | Claim 000018, Payment 0.72%<br>Returned - addressee unknown | 7100-003 | | -36.24 | 36.24 |
| | | | | | | | | |

| | | Page Subtotals | 0.00 | 1,856.17 |
|---|---|---|---|---|

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit 9

| Case No: | 09-32120  -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2244  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * C  01/15/13 | 001026 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 642<br>Chicago, IL  60604 | Claim 000018, Payment 0.72% | 7100-003 | | 36.24 | 0.00 |
| * C  01/18/13 | 001008 | Howard Wegner<br>17101 Wolf Rd.<br>Orland Park, IL 60467 | Claim 000005, Payment 0.72%<br>Lost check - reissued and sent to his new address. | 7100-003 | | -26.76 | 26.76 |
| C  01/18/13 | 001027 | Howard Wegner<br>3115 Deering Bay Drive<br>Naperville, IL  60564 | Claim 000005, Payment 0.72% | 7100-000 | | 26.76 | 0.00 |
| * C  02/07/13 | 001024 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 642<br>Chicago, IL  60604 | Claim 000008, Payment 0.72%<br>Voided Check due to Bank transfer - will reissue on 2/13/13 | 7100-003 | | -7.10 | 7.10 |
| * C  02/07/13 | 001025 | CLERK OF THE U.S. BANKRUPTCY COURT<br>for the Northern District of Illinois<br>Eastern Division<br>219 S. Dearborn Street<br>Chicago, IL  60604 | Unclaimed funds<br>Voided Check due to Bank transfer - will reissue on 2/13/13 | 7100-003 | | -6.31 | 13.41 |
| * C  02/07/13 | 001026 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 642<br>Chicago, IL  60604 | Claim 000018, Payment 0.72%<br>Voided Check due to Bank transfer - will reissue on 2/13/13 | 7100-003 | | -36.24 | 49.65 |
| | | | Page Subtotals | | 0.00 | -13.41 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2                                                                                                          Page:    12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-32120  -ABG | | | Trustee Name: | | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | | Bank Name: | | Congressional Bank |
| | | | | Account Number / CD #: | | *******2244  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 | | | | | |
| For Period Ending: | 04/12/13 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 49.65 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 10,102.46 | 10,102.46 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 10,102.46 | 49.65 | |
| * **Reversed** | | | Subtotal | 0.00 | 10,052.81 | |
| t  **Funds Transfer** | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| C  **Bank Cleared** | | | Net | 0.00 | 10,052.81 | |

Page Subtotals                              0.00                   49.65

Ver: 17.01

FORM 2

Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-32120 -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7347  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 49.65 | | 49.65 |
| C   02/14/13 | 010000 | CLERK OF THE U.S. BANKRUPTCY COURT for the Northern District of Illinois Eastern Division 219 S. Dearborn Street Chicago, IL  60604 | Unclaimed Funds: Claim No. 18 - $36.24 Claim No. 19 - $6.31 Claim No. 8 - $7.10 | 7100-000 | | 49.65 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 49.65 | 49.65 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 49.65 | 0.00 | |
| **\* Reversed** | | | Subtotal | | 0.00 | 49.65 | |
| **t  Funds Transfer** | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| **C  Bank Cleared** | | | Net | | 0.00 | 49.65 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 19,850.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 2,754.50 | | MONEY MARKET - *******5476 | 18,103.63 | 8,001.17 | 0.00 |
| | | | GENERAL CHECKING - *******2244 | 0.00 | 10,052.81 | 0.00 |
| Total Memo Allocation Net: | 17,095.50 | | GENERAL CHECKING - *******7347 | 0.00 | 49.65 | 0.00 |
| | | | | ------------------- | ------------------- | ------------------- |
| | | | | 18,103.63 | 18,103.63 | 0.00 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    49.65                    49.65

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-32120  -ABG | | Trustee Name: | Frances Gecker |
| Case Name: | ALPINE ASPHALT PAVING, INC. | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7347  GENERAL CHECKING |
| Taxpayer ID No: | *******9821 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

/s/      Frances Gecker

Trustee's Signature: _____ Date: 04/12/13

FRANCES GECKER

Page Subtotals          0.00          0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*